In the Matter of the Claim of WALTER A. MAROWSKI, Respondent, against SOCONY-VACUUM OIL CO., INC., Appellant.

STATE INDUSTRIAL BOARD, Respondent.

Argued January 10, 1946; decided January 25, 1946.

*Charles M. Arak, Edward R. Finch* and *John O. Wingrave* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Roy Wiedersum,*

*Orrin G. Judd* and *Gilbert M. Landy* of counsel), for Workmen's Compensation Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and MEDALIE, JJ.